# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DYLAN REEVES, ) | |
| ) | Case No. 1:21-cv-04592 |
| Plaintiff, ) | |
| vs. ) | Honorable Sharon Johnson Coleman |
| ) | |
| ARGOLICA, LLC, ) | Magistrate Judge M. David Weisman |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Dylan Reeves, and Defendant, Argolica, LLC, each by and through their undersigned counsel, pursuant to to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby advise the Court that Plaintiff and Defendant have reached a settlement and jointly stipulate to the dismissal of this action, each party to bear his/its own costs.

Dated: April 21, 2022                                                    *Respectfully submitted*,

**DYLAN REEVES**                                                         **ARGOLICA, LLC**

By: */s/ Rusty Payton*                                                   By: */s/ Pamela Leichtling*
Rusty A. Payton                                                          Pamela Leichtling
PAYTON LEGAL GROUP                                                       NOONAN & LIEBERMAN, LTD
20 North Clark Street                                                    33 N. LaSalle Street
Suite 3300                                                               Suite 1150
Chicago, Illinois 60601                                                  Chicago, Illinois 60602
(773) 682-5201                                                           (312) 431-1455
info@payton.legal                                                        pleichtling@noonanlieberman.com

*Counsel for Plaintiff*                                                  *Counsel for Defendant*