## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Dylan Reeves
            Plaintiff,

v.                                     Case No.: 1:21–cv–04592
                                          Honorable Sharon Johnson Coleman

Argolica, LLC
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 11, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's unopposed motion to modify the April 21, 2022 dismissal order [42] is granted. Case is dismissed without prejudice. The May 23, 2022 date to file a motion to reinstate is stricken. No appearance necessary on 5/12/2022. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.